504 Pa. 351 (1984)
473 A.2d 1017
Jaime CAMACHO, Appellant,
v.
NATIONWIDE INSURANCE COMPANY.
Supreme Court of Pennsylvania.
Argued April 10, 1984.
Decided April 16, 1984.
Harold I. Einhorn, Edgar R. Einhorn, Philadelphia, for appellant.
Gerard Bruderle, James M. Marsh, Philadelphia, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, and PAPADAKOS, JJ.

ORDER
PER CURIAM.
Order affirmed.